IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD TORO,

        Plaintiff,

    v.

MAYOR MICHAEL NUTTER, et al.,

        Defendants.

CIVIL ACTION
NO. 13-7552

## ORDER

**AND NOW**, this 6th day of August 2015, upon review of the Defendant Corizon Medical's Motion for Summary Judgment (Doc. No. 18), to which no response has been filed by Plaintiff, and in accordance with the Opinion of this Court dated August 6, 2015, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 18) is **GRANTED**. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.